## **DECLARATION**

This affidavit is submitted in support of a complaint for forfeiture of $366,303.00 in United States Currency, seized from the residence located at 23 Glasshouse Garth, Nottingham, Maryland 21236 ("23 Glasshouse Garth"), and from the person of Travis Sentell Howell on June 18, 2019.

I, Michael C. Pecukaitis, Postal Inspector for the United States Postal Inspection Service submit that there are sufficient facts to support a reasonable belief that the $366,303.00 in United States Currency constitutes: (1) money, negotiable instruments, securities, or other things of value furnished or intended to be furnished in exchange for a controlled substance in violation of the Controlled Substances Act; (2) proceeds traceable to such an exchange; and/or (3) money, negotiable instruments, or securities used or intended to be used to facilitate a violation of the Controlled Substances Act in violation of 21 U.S.C. § 841 and thus is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

1. Since October 2018, members of the United States Postal Inspection Service ("USPIS") and the Drug Enforcement Administration ("DEA") have been conducting an investigation into the illicit cocaine distribution scheme of Travis Sentell Howell ("HOWELL") and his co-conspirators within their drug trafficking organization ("DTO").

2. The summary of facts outlined below will show that HOWELL participated in the distribution of controlled substances and the United States Currency seized from HOWELL during the execution of a search and seizure warrant at his residence, 23 Glasshouse Garth, Nottingham, Maryland 21236, and a search and seizure warrant of HOWELL'S person on June 18, 2019, was proceeds from the sale of said controlled substances.

3. On November 9, 2018, I intercepted a Priority Mail parcel which had been sent from Arizona to Baltimore via the United States Postal Service ("USPS") at the USPS Baltimore Processing and Distribution Center. Later that same day, the Honorable A. David Copperthite, United States Magistrate Judge for the District of Maryland, authorized a federal search and seizure warrant for the parcel.

4. On November 9, 2018, Postal Inspectors executed the search and seizure warrant on the parcel and seized from the parcel two brick-like masses, later determined by an accredited laboratory to be cocaine, with a total weight of both bricks of 2004.9 grams +/- 1.6 grams. Each of the brick-like masses of cocaine was packaged in a clear plastic container with a blue lid and was wrapped with a green foam packing material. Also in the parcel was one piece of orange bubble wrap.

5. This seized parcel was one of four USPS Priority Mail parcels sent from Phoenix, Arizona on November 7, 2019, to various addresses along City Route 36 for the Highlandtown Post Office. On November 9, 2018, USPS employee Rahine Mickles ("MICKLES") was assigned to deliver mail along City Route 36.

6. Additionally on November 7, 2018, one USPS Priority Mail parcel with similar characteristics to the four aforementioned parcels was sent from Phoenix, Arizona to 2313 N. Dukeland Street, Baltimore, Maryland 21216 ("2313 N. Dukeland St").

7. On November 20, 2018, HOWELL was detained during a traffic stop by DEA agents in Phoenix, Arizona. During the traffic stop, DEA agents recovered and seized approximately

$289,173.00[1] in United States Currency on suspicion of money laundering. Based on source information and knowledge of the investigation into a DTO operating in the Phoenix, Arizona area, DEA agents have probable cause to believe that members of a Phoenix, Arizona DTO traveled to Las Vegas, Nevada, where they picked up HOWELL and transported him back to the Phoenix, Arizona area. Investigators believe the money was going to be used to pay the source of supply for additional controlled substances.

8. On January 28, 2019, investigators conducted surveillance in the vicinity of 2313 N. Dukeland St. and observed the delivery of a Priority Mail parcel which had been sent from Phoenix, Arizona. At approximately 3:07 p.m., the parcel was delivered to 2313 N. Dukeland St. At approximately 3:24 p.m., an unknown male ("UM-1") approached 2313 N. Dukeland St., picked up the parcel, and entered 2313 N. Dukeland St.

9. On January 28, 2019, at approximately 3:35 p.m., a second unknown male ("UM-2") exited 2313 N. Dukeland St. with a trash bag in hand. Investigators maintained surveillance of UM-2 and observed UM-2 place the trash bag in a dumpster. An investigator recovered the trash bag, which was the only trash bag in the dumpster. From the trash bag, investigators recovered a plastic container with a purpled colored lid with trace amounts of a white powdery substance that an accredited lab determined to be cocaine and part of a USPS parcel box with trace amounts of a white powdery substance on it that an accredited lab determined to be cocaine. Also from the trash bag, investigators recovered three clear

---

[1] The $289,173.00 seized in November 2018 was seized via a separate forfeiture action, which was processed in Arizona.

plastic containers with two blue lids, a USPS Priority Mail box that had been cut into pieces, green foam packing material, and one piece of orange bubble wrap.

10. On January 28, 2019, at approximately 4:23 p.m., investigators observed HOWELL and UM-2 exit 2313 N. Dukeland St. carrying one or two yellow-colored grocery bags and a cardboard box in the other hand. HOWELL walked over to his 2015 Acura MDX, bearing Alabama dealer registration, dealer tag number DT38726 (the "2015 Acura MDX"). HOWELL got in his 2015 Acura MDX with the grocery bags and cardboard box. HOWELL drove his 2015 Acura MDX down the back alley behind Dukeland Street and parked in front of 2106 Koko Lane, Baltimore, Maryland 21216 ("2106 Koko Lane"). HOWELL exited his 2015 Acura MDX with the grocery bags in hand and placed them inside of 2106 Koko Lane.

11. On February 28, 2019, at approximately 8:06 a.m., I observed HOWELL's 2015 Acura MDX parked in close proximity to 23 Glasshouse Garth, Nottingham, Maryland 21236 ("23 Glasshouse Garth").

12. On February 28, 2019, at approximately 10:50 p.m., I observed a 2014 Honda Accord sedan bearing Alabama dealer registration, dealer tag number DT38726 (the "2014 Honda Accord"), park in front of 23 Glasshouse Garth. A black male, whose physical appearance matched that of HOWELL, exited the 2014 Honda Accord and entered the residence at 23 Glasshouse Garth.

13. On March 4, 2019, I located and intercepted a Priority Mail parcel which was destined for 739 Compass Road, Middle River, Maryland 21220 ("739 Compass Road") at the Middle River Post Office, which had been sent from Phoenix, Arizona. I saw that the parcel had

4

a small tear in the cardboard box, which revealed a green foam packing paper, similar to the green foam packing material found in the parcel containing approximately two kilograms of cocaine that was seized on November 9, 2018.

14. On March 4, 2019, investigators conducted surveillance in the area of 739 Compass Road and observed HOWELL's 2014 Honda Accord parked near 739 Compass Road. At approximately 12:41 p.m., a postal inspector operating in an undercover role as a USPS letter carrier delivered the parcel to the front porch at 739 Compass Road. At approximately 3:21 p.m., a black male ("UM-3") opened the front door at 739 Compass Road and brought the parcel into the residence. At approximately 3:28 p.m., UM-3 left the garage door of 739 Compass Road carrying a parcel matching the description of the parcel that had just been delivered. The black male got in a 2008 Audi TT bearing Maryland registration 1DJ1157 (the "2008 Audi TT") with the parcel and left the area. Investigators maintained surveillance of the 2008 Audi TT driving to the vicinity of the 2300 block of N. Dukeland Street. While law enforcement was repositioning their vehicles for takeaways, law enforcement did not observe UM-3 exit the 2008 Audi TT. At approximately 4:04 p.m., the UM-3 walked away from the vicinity of 2317-2313 N. Dukeland Street, got in the 2008 Audi TT, and departed the area. Moments later, I observed Howell's 2015 Acura MDX parked across the street from 2313 N. Dukeland Street.

15. On March 7, 2019 at approximately 12:11 p.m., a DEA Special Agent observed, via pole camera footage in the vicinity of 2106 Koko Lane, HOWELL carrying a white object that appeared to be a white substance in a brick like form from 2106 Koko Lane, place the substance in his 2014 Honda Accord, get in the vehicle, and leave the area.

5

16. On March 11, 2019, investigators conducted surveillance of USPS employee MICKLES and his delivery vehicle, which had two USPS Priority Mail parcels that had been sent from Phoenix, Arizona to two addresses along MICKLES's route. At approximately 10:02 a.m., HOWELL's 2014 Honda Accord was parked in a parking lot adjacent to the Highlandtown Main Post Office. Investigators later observed HOWELL driving his 2014 Honda Accord in the area of MICKLES's delivery route. At approximately 10:48 a.m., MICKLES, who was parked in a parking lot at 6800 Rolling Mill Road, Baltimore, Maryland 21224, was observed standing in the doorway of his USPS vehicle with two parcels matching the description of the identified parcels. At the same time, I was driving southbound in the 6800 block of Rolling Mill Road and HOWELL was several vehicles behind me also driving southbound in the 6800 block of Rolling Mill Road. By the time I was able to circle back, HOWELL's 2014 Honda Accord and MICKLES's USPS vehicle had left the area.

17. On March 11, 2019, investigators conducted surveillance in the area of 2327 N. Dukeland Street, Baltimore, Maryland 21216 ("2327 N. Dukeland St.") on the delivery of a USPS Priority Mail parcel that had been sent from Phoenix, Arizona. At approximately 1:28 p.m., a DEA Special Agent observed HOWELL walking southbound on Dukeland Street in the vicinity of 2327 N. Dukeland St. At approximately 1:43 p.m., an Acura TSX parked in front of 2327 N. Dukeland St. and HOWELL was in the front passenger seat of the Acura TSX.

18. On March 14, 2019, investigators conducted surveillance of MICKLES and his delivery vehicle, which had four USPS Priority Mail parcels on it that had been sent from Phoenix,

6

Arizona to four addresses along MICKLES's route. MICKLES failed to deliver the parcels as addressed and at approximately 4:40 p.m., MICKLES removed the four parcels from his USPS vehicle and placed them into his 2014 Nissan Altima. Investigators maintained surveillance of MICKLES's 2014 Nissan Altima and observed MICKLES drive to The Porters Brewers Hill apartment complex, 3700 Toone Street, Baltimore, Maryland 21224, where MICKLES met with Brandon Fields ("FIELDS"). At approximately 5:19 p.m., FIELDS removed the four USPS parcels from MICKLES's 2014 Nissan Altima and took them inside building one of The Porters Brewers Hill apartment complex. At approximately 5:24 p.m., FIELDS walked across a sky bridge from building one to building two of The Porters Brewers Hill with the four USPS parcels. At approximately 5:28 p.m., FIELDS left the parking garage at The Porters Brewers Hill in a 2009 Honda Accord bearing Maryland registration, tag number 3DD6080.

19. Investigators maintained surveillance of FIELDS, who drove directly to the Camden Court Apartments, 300 W. Lombard Street, Baltimore, Maryland 21201. Moments later, FIELDS exited the 2009 Honda Accord with the four USPS parcels and carried them into the Camden Court Apartments' parking garage.

20. At approximately 6:06 p.m., HOWELL and an unidentified male arrived at the Camden Court Apartments in HOWELL's 2015 Acura MDX. HOWELL and the unidentified male entered the Camden Court Apartment's parking garage. At approximately 8:40 p.m., HOWELL, FIELDS, and the unidentified male exited the Camden Court Apartments' parking garage, returned to their respective vehicles, and departed the area.

21. On March 20, 2019, investigators served an administrative subpoena to the Camden Court Apartments and identified apartment 405 as being associated to FIELDS, who had paid the rent for the apartment as recently as March 11, 2019.

22. On April 10, 2019, the Honorable A. David Copperthite, United States Magistrate Judge for the District of Maryland, authorized a tracking warrant for HOWELL's 2015 Acura MDX.

23. On April 10, 2019, the Honorable A. David Copperthite, United States Magistrate Judge for the District of Maryland, authorized a "sneak and peek" search warrant which allowed investigators to examine the apartment for evidence related to violations of 21 U.S.C. §§ 841(a)(1) and 846, photograph or copy the contents or documents found to identify co-conspirators, and to identify assets and financial transactions related to the distribution of narcotics within 300 West Lombard Street, Apartment 405, Baltimore, Maryland 21201 ("Apartment 405").

24. On April 15, 2019, investigators executed the "sneak and peek" search warrant at Apartment 405. Investigators located one box of nitrile gloves; four coffee bean grinders with white residue; eight strainers with white residue; multiple open boxes of plastic baggies; a vacuum sealer and two boxes of vacuum sealer bags; trace amounts of a white powdery substance covering a large portion of the glass dining table; one digital scale; one box of 3M N95 dust masks; and one piece of mail with FIELDS's name on it.

25. Based on my training, knowledge, and experience in this investigation, there is probable cause to believe that that the trace amounts of white powdery substance were cocaine.

26. On April 24, 2019, I reviewed GPS tracker data for HOWELL's 2015 Acura MDX and learned it was parked in close proximity to 300 West Lombard Street, Apartment 405, Baltimore, Maryland 21201 on April 19, 2019, from 11:36 a.m. until 1:50 p.m. and on April 21, 2019, from 2:20 p.m. until 11:14 p.m.

27. On April 24, 2019, a DEA Special Agent obtained CCTV footage from the Camden Court Apartments, including historical footage from April 19, 2019, and April 21, 2019.

    a. On April 19, 2019, at approximately 10:39 a.m., a black male matching the physical description of FIELDS utilized a key fob to enter the back door of the Camden Court Apartment complex. FIELDS was carrying multiple white boxes, matching the description of USPS Priority Mail parcels.

    b. On April 21, 2019 at approximately 10:02 a.m., a black male matching the physical description of FIELDS utilized a key fob and entered the back door of the Camden Court Apartment complex. FIELDS was pulling a large black suitcase with multiple white boxes, matching the description of USPS Priority Mail parcels.

28. On April 30, 2019, at approximately 9:30 a.m., I observed HOWELL enter the garage at 23 Glasshouse Garth.

29. On May 15, 2019, I observed the following via pole camera footage in the vicinity of 2106 Koko Lane. At approximately 3:50 p.m., HOWELL approached a car in front of 2106 Koko Lane, reached in the passenger side window of the car, and removed a white mass which appeared to be wrapped in plastic. The driver of the car provided HOWELL a white t-shirt, which HOWELL used to conceal the white mass. HOWELL walked back inside of 2106 Koko Lane with the white mass.

30. On May 15, 2019, I observed the following via pole camera footage in the vicinity of 2106 Koko Lane. At approximately 8:05 p.m., HOWELL removed a large stack of paper that appeared to be United States Currency from a backpack, which was located in the passenger side compartment of the 2008 Audi TT. At approximately 8:07 p.m., HOWELL reached in the front driver's side window of a silver Nissan sedan and handed some of the paper to the occupants.

31. On May 21, 2019, a court-ordered eviction was enforced at 300 West Lombard Street, Apartment 405, Baltimore, Maryland 21201. At approximately 12:36 p.m., I obtained written consent from the Director of Residential Operations for Camden Court Apartments to search 300 West Lombard Street, Apartment 405, Baltimore, Maryland 21201. At approximately 1:53 p.m., investigators searched 300 West Lombard Street, Apartment 405, Baltimore, Maryland 21201. In the living room area under the dining room table, I located a white powdery substance on the floor and an off-white powdery substance along the baseboard. I field tested each of the substances, and both tested presumptive positive as cocaine. On the counter above the kitchen sink, I located a white powder residue spread across the counter that field tested presumptive positive as cocaine. Within the closet adjacent to the main entrance, I located a vacuum sealer bag with a white powdery substance in it, which an accredited laboratory determined to be cocaine, total net weight was 13.8 milligrams =/- 0.9 milligrams.

32. On May 24, 2019, at approximately 4:30 a.m., a DEA Task Force Officer ("TFO") and his certified drug detection canine, "Miki," conducted a sniff/scan of HOWELL's 2015 Acura

MDX in the vicinity of 23 Glasshouse Garth. The DEA TFO advised that "Miki" alerted to the presence of an odor of a controlled substance in HOWELL's 2015 Acura MDX.

33. On June 11, 2019, the Honorable J. Mark Coulson, United States Magistrate Judge for the District of Maryland, authorized search and seizure warrants for 23 Glasshouse Garth and the person of HOWELL.

34. On June 18, 2019, investigators from the USPIS, DEA, Baltimore County Police Department, and Maryland State Police executed a federal search and seizure warrant at HOWELL's residence located at 23 Glasshouse Garth.

   a. During the search of the attic, investigators located a white backpack and plastic bag, which were found to contain $250,151.00 in United States currency.

   b. During the search of the master bedroom closet, investigators located $397.00 in United States currency in a women's shirt pocket.

   c. During the search of the master bedroom, investigators located $3,141.00 in United States currency in a red purse located on the floor near the master bedroom bathroom. Also located within the red purse was Shayiona Howell's Maryland driver's license.

   d. Investigators also located a total of $100,458.00 in United States currency in a black safe located on the floor of the master bedroom closet and in a gray bin located in the laundry room closet. Shayiona Howell opened the black safe for investigators.

35. On June 18, 2019, during the execution of the federal search and seizure warrant at 23 Glasshouse Garth, investigators located HOWELL and executed the federal search and seizure warrant on HOWELL's person. During the search of HOWELL's person,

investigators located $12,156.00 in United States currency from the front left pocket of HOWELL's shorts.

36. In total, the USPIS located and seized $366,303.00 in United States currency from 23 Glasshouse Garth and the person of HOWELL. The USPIS seized the United States currency as drug proceeds.

37. During a subsequent post Miranda interview, HOWELL agreed to speak with investigators. When asked about the money found at 23 Glasshouse Garth, HOWELL first said it was from before, when he sold drugs. HOWELL said law enforcement did not seize all the money from his previous drug case and that's why he had the money.

38. HOWELL later said the money was actually from the sale of marijuana. HOWELL explained that he is not a cocaine dealer. HOWELL said he has never messed with cocaine because it is not profitable. HOWELL said he had historically only sold heroin and marijuana.

39. HOWELL said the money found at his house, 23 Glasshouse Garth, was from the sale of marijuana. HOWELL explained to law enforcement that he buys pounds of purple haze marijuana for approximately $700-$800 a pound and sells it for $2,500 a pound. HOWELL said he gets truckloads of marijuana, but currently does not have any. HOWELL did not know how much money he had, but said he stacks it in $5,000 bundles/straps.

40. HOWELL has multiple prior convictions for drug violations.

41. At the time of the search, HOWELL was employed by FedEx.

42. Based on the aforementioned facts, observations, seizures made during the investigation, and statements made by HOWELL, I believe the United States Currency seized from

HOWELL'S residence and person on June 18, 2019, was proceeds from the sale of controlled substances.

I DECLARE UNDER PENALTY OF PERJURY PURSUANT TO TITLE 28 U.S.C. SECTION 1746 THAT THE FACTS SUBMITTED BY THE UNITED STATES POSTAL INSPECTION SERVICE, IN REFERENCE TO THE SEIZURE OF $366,303.00 IN UNITED STATES CURRENCY FROM TRAVIS HOWELL ARE ACCURATE, TRUE, AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

*Michael Pecukaitis*

---
Michael C. Pecukaitis
U.S. Postal Inspector
U.S. Postal Inspection Service